# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.B. WORLDWIDE, INC., <br><br>         Plaintiff, <br>    v. <br><br> HANGZHOU YIZHAN PET PRODUCTS CO LTD.; GU JUN; LIU JUAN; ALLARA CHINA LIMITED; SHANGHAI ITPC IMP/EXP CO LTD.; PETLIKE; DOES 1–10, <br><br>         Defendants. | Case No. 2:13-cv-06855-ODW(SHx) <br><br> **ORDER TO SHOW CAUSE RE. LACK OF PROSECUTION** |

On September 17, 2013, Plaintiff C.B. Worldwide, Inc. filed this action against Defendants. (ECF No. 1.) C.B. Worldwide served Defendants Petlike, Shanghai ITPC IMP/EXP Co. Ltd., Allara China Limited, Hangzhou Yizhan Pet Products Co. Ltd., Gu Jun, and Liu Juan on September 18, 2013. (ECF Nos. 5–10.) These Defendants' answers were accordingly due on or before October 9, 2013. After two stipulations, the parties agreed that these Defendants would have until October 30, 2013, to answer or otherwise respond. To date, Defendants have not responded.

The Court therefore **ORDERS** C.B. Worldwide **TO SHOW CAUSE** by **Thursday, November 7, 2013**, why it has not moved for entry of default against these Defendants. No hearing will be held. The Court will discharge this Order upon entry of default against Defendants or Defendants' answer or other response. In the event

that Defendants respond at the same time C.B. Worldwide moves for entry of default, the answer or other response will take precedence. Failure by C.B. Worldwide to timely comply with this Order will result in dismissal of these Defendants from this action.

**IT IS SO ORDERED.**

October 31, 2013

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**