# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.B. WORLDWIDE, INC., <br><br> Plaintiff, <br> v. <br><br> HANGZHOU YIZHAN PET PRODUCTS CO LTD.; GU JUN; LIU JUAN; ALLARA CHINA LIMITED; SHANGHAI ITPC IMP/EXP CO LTD.; PETLIKE; DOES 1–10, <br><br> Defendants. | Case No. 2:13-cv-06855-ODW(SHx) <br><br> **ORDER TO SHOW CAUSE RE. SETTLEMENT** |

On October 31, 2013, the parties informed the Court that they reached a settlement in this case. (ECF No. 15.) They indicate that they will file a Notice of Dismissal within 15 days. The Court therefore **ORDERS** the parties **TO SHOW CAUSE** by **Monday, November 17, 2013**, why the settlement has not been finalized. No hearing will be held. The Court will discharge this Order upon filing of a proposed dismissal order. The Court also **DISCHARGES** the Order to Show Cause issued on October 31, 2013. (ECF No. 14.)

**IT IS SO ORDERED.**

November 1, 2013

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**